IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAYLEY HESSEL, by her next friend JOHN HESSEL | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. H-07-0581 |
| ADELAIDE HORN, in her official capacity as COMMISSIONER, TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES and ALBERT HAWKINS, in his official capacity as EXECUTIVE COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § § § § § § § § § § § § | |
| Defendant. | § § | |

## ORDER

The plaintiff moved to consolidate this case with a later filed case raising very similar issues, Civil Action No. H-07-0774, *I.A., by next friend Ferial Issa v. Commissioner Adelaide Horn, et al.* The motion to consolidate is denied, but given the similarity of the issues, Civil Action No. 07-0774 is transferred to this court. The cases will not be consolidated but will be handled in a coordinated manner.

SIGNED on March 29, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge